For thirty years, I have worked, traveled and attended church with Matthew Constant. I have known him both professionally and personally and I believe I am able to speak confidently about his character. I worked along side of him as a teacher and later we worked together in administration. In each role Matthew served during his career in education, I observed a man with extra-ordinary ability to listen and compassionately serve his employees and school community.

One of my most memorable experiences was designing and launching the Owensboro Innovation Academy. Matthew and I worked collaboratively with others to bring this to fruition. Today this program is one of the most successful schools in the Commonwealth. This is due, in large part, to Matthew's vision and passion for fostering the growth and development of students in our community.

The qualities that I observed in Matthew in a professional setting were also present outside of work. Few fathers were more committed to their son. Noah was the focus of his life. While I try to not judge another's faith, I believe Matthew tried to walk his faith. Whether in church or at work, there was no job too small or too large. He walked in humility. For our family through the years, he was always the first with a phone call or with a food basket at the door.

As a life-long advocate for children, I believe we have a responsibility to hold offenders accountable and to bring justice to those who have been victimized. It is also our responsibility to objectively recognize the balance.

Respectfully,
Marcia Kuegel Carpenter