May 1, 2025

Honorable Judge Stivers,

I am writing this on behalf of Matthew Darin Constant in hopes that you will find in his favor to be lenient.

I have known Matthew and his family for 18 plus years. I had the pleasure of being adopted (not formally) into his family when I met his wonderful mother in 2007.

Mr. and Mrs. Constant had 3 boys, Mark, Matthew and Jonathon. Mark lives in Louisville, Ky while Matthew and Jonathon both live in Owensboro. I am closer to Matthew than I am to either of the other 2 brothers.

Over the last 18 years I have watched Matthew go through a divorce, and I have always been amazed by the way he and his ex-wife were able to go through a divorce with such grace and dignity and remain the best of friends and more importantly the best co-Parents for their son Noah.

After Matthew's divorce, he bought a house in the same subdivision as his parents so he could help take care of them. His father James Constant had Lewy Body Dementia, and his mother Faye Constant had been diagnosed with kidney cancer several years earlier and had a kidney removed. Matthew lived in his new house for approximately 6 months before he moved in full-time with his parents. As his parents began to deteriorate, they required someone to help take care of their needs more and more. Matthew and I both worked full-time and between the two of us neither one of his parents was forced to go to a nursing home due to the lack of having someone available to take care of them. James Constant eventually required a nursing home due to dementia.

Matthew took on the responsibility of researching nursing homes that provided the best care for his dad's disease as well as the paperwork, the monthly bills, and all things concerning his dad. I only had to take care of his mom and just visit James. He did all of these things while he worked 2 jobs, going to school for his doctorate and being a father. He never made either of his parents feel as if they were a burden. He was genuinely happy to do it and even told me he considered it an honor.

When all of this began, I stated to his attorney on his 1st court hearing that I KNOW Matthew's heart. I still believe that today. Matthew lived with my husband and I after his arrest. He will also live with us when he is released.

I am a recovering Meth addict. Saved by the grace of God on October 25,2005. I will have 20 years of sobriety this year. I gained sole custody of my children back, worked for 15 years as a General Manager in 2 local restaurants and I am currently working as a Card Service Specialist at Daviess County Teachers Federal Credit Union and will retire in 12 years. I pay into a 401k every paycheck and have a plan for retirement. Matthew taught me this.

Many people do not give others like me a second thought and they don't allow them into their homes, hearts and family. Miss Faye (as I always called his mom) had the kindest, sweetest, most loving, heart and Matthew reminds me of her in the things he says and does.

I know from experience that if you break the law; you will and should be punished. I also know from experience that good people occasionally make poor decisions but can rehabilitate and go on to be productive members of society. I am living, breathing proof.

I also know that if Matthew is given the chance, he will do the same.

Thank you for your time and consideration for leniency concerning Matthew.

Sherry J. Rickard

270-903-2272